IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE WRONGFUL DEATH ESTATE OF
DANIEL STEPHEN SHEARER, Deceased
By GEORGE SHEARER as PERSONAL
REPRESENTATIVE,

        Plaintiff,

vs.                                                        No. CIV 13-548 JB/LAM

CORRECTIONAL HEALTHCARE
COMPANIES, INC., successor in interest of
CORRECTIONAL HEALTHCARE
MANAGEMENT, INC., BOARD OF COUNTY
COMMISSIONERS FOR THE COUNTY OF
BERNALILLO, RAMON RUSTIN in his
Individual capacity and a Chief Officer/Warden,
TIMOTHY MCMURRAY, MD, as Director of
Medical Services at the Bernalillo County
Metropolitan Detention Center individually and in
his official capacities as an administrator and
employee of Bernalillo County Metropolitan Detention
Center and/or Correctional Healthcare Management, Inc.,
TRAVIS HINDMARSH, RN in his official capacities and an
Employee of Correctional Healthcare Management, Inc.,
CHRISTOPHER ROMERO, in his individual
Capacity and as BSMDC Commanding Officer,
RICARDO PEREZ, in his individual capacity and
as BCMDC Commanding Officer, RONALD
OWENSBY, in his individual capacity and as
BCMDC Commanding Officer, JOHN/JANE
DOES I and JOHN/JANE DOES II Individually
and in his/her official capacity as employee of
Bernalillo County Metropolitan Detention Center,
and/or Correctional Healthcare Management., Inc.,

        Defendants.

**STIPULATED ORDER OF DISMISSAL OF CORRECTIONAL
HEALTHCARE COMPANIES, INC. WITH PREJUDICE**

THIS MATTER having come before the Court upon the motion of the parties for a Stipulation of Dismissal of all claims or potential claims that have been brought or could have been bought by Plaintiff George Shearer, as Personal Representative of the Wrongful Death Estate of Daniel Shearer against Defendant Correctional Healthcare Companies, Inc., the Court finds that the Stipulation of Dismissal with prejudice is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint against Defendant Correctional Healthcare Companies, Inc. and be, and hereby is, dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims brought, or that could have been brought, between the Plaintiff and Correctional Healthcare Companies, Inc., are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party is to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

PARK & ASSOCIATES, LLC

/s/ Alfred A. Park
Alfred A. Park
*Attorneys for Defendant Correctional
 Healthcare Companies, Inc.*
6100 Uptown Blvd. N.E., Suite 350
Albuquerque, NM  87110
(505) 246-2805


Approved:

DATHAN WEEMS LAW FIRM, L.L.C.

Approved via email 01-21-15
Dathan L. Weems
118 Wellesley Drive S.E.
Albuquerque, NM  87106

THE BAKER LAW FIRM

Approved via email 01-26-15
Jeffrey L. Baker
20 First Plaza NW Ste. 402
Albuquerque, New Mexico 87102